**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PAMELA P.G.,

                Plaintiff,                       22 **CIVIL** 1148 (GRJ)

      -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated July 7, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 16) is GRANTED; and this case is DISMISSED. Judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:** New York, New York
            July 7, 2023

                                                               **RUBY J. KRAJICK**

                                                                         _____
                                                                           **Clerk of Court**

                                 **BY:**

                                                                           _____
                                                                             **Deputy Clerk**